# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 66 WM 2017 |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| DAVID WINWOOD, A/K/A ERNEST R. BALL, | : | |
| | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of October, 2017, the "Motion for Permission to Re-Submit Briefs Under Duress Circumstances of Petitioner," treated as an Application to Exceed Word Count, is DENIED. Petitioner has 30 days in which to file a compliant Petition for Allowance of Appeal.